# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**GARY MAY,** *et al.*                                                         **PLAINTIFFS**

v.                       **Case No. 2:22-cv-00045 KGB**

**HARJIT S. SANDHU,** *et al.*                                        **DEFENDANTS**

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice for plaintiff Gary May (Dkt. No. 27). The parties stipulate that this action should be dismissed with prejudice as to separate plaintiff Gary Mary as a result of a global settlement by and among all parties and pursuant to Rule 41(a)(1)(A)(ii) and Rule 41(c) of the Federal Rules of Civil Procedure (*Id.*). The parties stipulate that Gary May will remain a nominal party for fault apportionment purposes only (*Id.*). The parties represent that each party agrees to bear its own respective attorney's fees and costs (*Id.*).

As the parties' stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court adopts the stipulation of dismissal (Dkt. No. 27). The Court dismisses this action with prejudice as to separate plaintiff Gary May only, with each party to bear its own respective attorney's fees and costs. Gary May shall remain named as an at-fault non-party for apportionment purposes only. This action remains pending as to separate plaintiff Terry May and his claims against all defendants.

It is so ordered this 20th day of July, 2023.

                                                                                   _____
                                                                                    Kristine G. Baker
                                                                                    United States District Judge