IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TERRY MAY**                                                                                              **PLAINTIFF**

v.                            Case No. 2:22-cv-00045 KGB

**HARJIT S. SANDHU,** *et al.*                                                            **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Dkt. No. 38). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. The Court dismisses the action with prejudice, with each party to bear its own costs and attorneys' fees.

It is so ordered this 26th day of December, 2023.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States Chief District Judge